## 18456.   KENT *v.* THE STATE.

BLOODWORTH, J.   The evidence is sufficient to support the verdict; and the motion for a new trial, based on the general grounds only, was properly overruled.

*Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 16, 1927.

Possessing intoxicating liquor; from city court of Millen—Judge Woodrum.   July 26, 1927.

*James A. Dixon,* for plaintiff in error.

*E. G. Weathers, solicitor,* contra.

Criminal Law, 16 C. J. p. 1217, n. 45; p. 1218, n. 46, 47.
Intoxicating Liquors, 33 C. J. p. 761, n. 53.

## 18460.   IRVIN *v.* THE STATE.

BROYLES, C. J.   The motion for a new trial contained the usual general grounds only; the verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 16, 1927.

Making intoxicating liquor; from Marion superior court—Judge McLaughlin.   July 30, 1927.

*W. B. Short, W. D. Crawford,* for plaintiff in error.

*W. R. Flournoy, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1217, n. 45; p. 1218, n. 46, 47.
Intoxicating Liquors, 33 C. J. p. 758, n. 80.